SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 JAN 18 PM 12: 03
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GRANT CLAPP,<br><br>　　　　Defendant. | 8:23CR 12<br><br>INDICTMENT<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>18 U.S.C. § 924(a)(1)(A) |

The Grand Jury charges that

## COUNT I

On or about the 12th day of November, 2022, in the District of Nebraska, Defendant GRANT CLAPP, in connection with the acquisition of a firearm, to wit: a Savage Arms Canada Inc./Savage Arms, Inc. A22 .22LR Rifle, from Cabela's, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Cabela's, which statement was intended and likely to deceive Cabela's, as to a fact material to the lawfulness of such sale and acquisition of the said firearm under Chapter 44 of Title 18, in that GRANT CLAPP did execute a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, indicating on the Form 4473 that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact as the Defendant, GRANT CLAPP, then knew, he was under indictment or information in any court for a felony or any crime for which the judge could imprison him for more than one year.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT II

On or about the 12th day of November, 2022, in the District of Nebraska, Defendant GRANT CLAPP knowingly made a false statement and representation to Cabela's, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Cabela's and in connection with the acquisition of a firearm, to wit: a Savage Arms Canada Inc./Savage Arms, Inc. A22 .22LR Rifle, that GRANT CLAPP was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact as the Defendant, GRANT CLAPP, then knew, he was under indictment or information in any court for a felony or any crime for which the judge could imprison him for more than one year.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT III

On or about the 12th day of November, 2022, in the District of Nebraska, Defendant GRANT CLAPP, in connection with the acquisition of a firearm, to wit: a Savage A22 Precision .22LR Rifle, from Scheels, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Scheels, which statement was intended and likely to deceive Scheels, as to a fact material to the lawfulness of such sale and acquisition of the said firearm under Chapter 44 of Title 18, in that GRANT CLAPP did execute a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, indicating on the Form 4473 that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when

in fact as the Defendant, GRANT CLAPP, then knew, he was under indictment or information in any court for a felony or any crime for which the judge could imprison him for more than one year.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT IV

On or about the 12th day of November, 2022, in the District of Nebraska, Defendant GRANT CLAPP knowingly made a false statement and representation to Scheels, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Scheels and in connection with the acquisition of a firearm, to wit: a Savage A22 Precision .22LR Rifle, that GRANT CLAPP not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact as the Defendant, GRANT CLAPP, then knew, he was under indictment or information in any court for a felony or any crime for which the judge could imprison him for more than one year.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #25275
Assistant U.S. Attorney