IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:23CR12 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE STATUS** |
| | ) | **CONFERENCE AND TRIAL** |
| GRANT CLAPP, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Grant Clapp, hereby moves to continue the status conference and jury trial for the following reasons:

1. The status conference is scheduled for April 11, 2024 at 11:30 a.m. The jury trial is scheduled for May 21, 2024.

2. Mr. Clapp has a pending state case which should be resolved prior to the present matter. The state case is scheduled for trial at the end of June 2024.

3. The Defendant requests a continuance of both the status conference and the jury trial of approximately 60 days.

4. Assistant United States Attorney Sean Lynch is not opposed to this motion.

5. Mr. Clapp has been advised of his rights to a speedy trial and agrees that the present motion will waive his right to a speedy trial between the present time and when this case gets set for trial.

WHEREFORE, the Defendant respectfully requests the Court grant this motion and continue the status conference and the trial for approximately 60 days.

Respectfully submitted,

1

GRANT CLAPP, Defendant,

/s/David R. Stickman

**DAVID R. STICKMAN**

**Federal Public Defender**

222 South 15th Street

Suite 300N

Omaha, NE 68102

(402) 221-7896

Attorney for Defendant