IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>GRANT CLAPP,<br><br>                  Defendant. | 8:23CR12<br><br>ORDER |

      Defendant has moved to continue the telephone status conference and the trial, (Filing No. 46), because the Defendant has a state case against him that goes to trial at the end of June. The motion to continue is unopposed. For good cause shown, the Court finds the motion should be granted. Accordingly,

      IT IS ORDERED:

1)     Defendant's Unopposed Motion to Continue the Telephone Status Conference and Trial, (Filing No. 46), is granted.

2)     A telephonic conference with counsel will be held before the undersigned magistrate judge at 11:30 a.m. on July 8, 2024. Counsel for the parties shall use Restricted Order [38] for conference connection instructions to participate in the call.

3)     The trial is continued to July 29, 2024 at 9:00 AM in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Robert F. Rossiter Jr.

4)     In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 29, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 29th day of March, 2024.

                                                  BY THE COURT:

                                                  s/ Susan M. Bazis
                                                  United States Magistrate Judge